IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| D'MARCO P. MCCLATCHERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CV-90-NJR-DGW |
| | ) |
| MAJOR MCLAUREN, CAPTAIN TRICE, and OFFICER WAGNER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on the Motion to Dismiss filed by Defendants Major McLauren, Captain Trice, and Officer Wagner on March 2, 2015 (Doc. 30). Defendants seek to dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on Plaintiff D'Marco McClatchery's failure to prosecute and failure to comply with an order of the Court.

Plaintiff was informed on more than one occasion of his continuing obligation to keep the Clerk of Court informed of any change in his address and that his failure to do so may result in dismissal of his case (Docs. 5, 8). Local Rule 3.1(b) also outlines this continuing obligation, as Plaintiff is proceeding *in forma pauperis*. Plaintiff submitted a change of address notice that was docketed on April 2, 2014 (Doc. 17). Defendants attempted to mail a number of documents to Plaintiff over the course of the last year, but they have been returned as undeliverable (Doc. 30). Plaintiff has not submitted any recent change of address to the Clerk. Plaintiff also failed to show for a properly noticed

deposition, and he did not issue any discovery requests by the discovery deadline (Doc. 30; *see* Doc. 20). He also failed to respond to Defendants' Motion to Dismiss within the allotted timeframe. In short, neither the Court nor the Defendants have heard from Plaintiff in exactly one year.

The Court finds that Plaintiff has failed to comply with its orders, failed to comply with the Local Rules, and failed to prosecute this matter. Consequently, this matter is **DISMISSED with prejudice** pursuant to Rule 41(b). FED. R. CIV. P. 41(b); *see generally James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

    IT IS SO ORDERED.

    DATED:   April 2, 2015

    s/ Nancy J. Rosenstengel  
    NANCY J. ROSENSTENGEL  
    **United States District Judge**